0PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Stanley White                                           Cr.: 7-305(SRC)(1)
                                                                          PACTS Number: 46855

Name of Sentencing Judicial Officer: Stanley R. Chesler

Date of Original Sentence: November 20, 2007

Original Offense: Conspiracy to Commit Mail Fraud

Original Sentence: 4 months incarceration, 3 years supervised release, 8 months home confinement, $65,938.43 restitution, $100 special assessment fee, drug testing, DNA testing, financial disclosure, no new debt

Type of Supervision: Supervised Release                    Date Supervision Commenced: April 29, 2008

### PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant is to be confined to his residence for a period of 8 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires.

### CAUSE

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 07/07/08

...

PROB 12B - Page 2
Stanley White

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

July 9, 2008

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
U.S. District Judge
Martin Luther King Jr.
Federal Building&Courthouse
PO Box 0999
Newark, NJ 07102-0999

          RE:  **WHITE, Stanley**
              **Dkt. No.: 07-305(SRC)(1)**
              <u>**Waiver of Hearing to Modify Conditions**</u>

Dear Judge Chesler:

On November 20, 2007, Stanley White was sentenced by Your Honor to a four-month-term of imprisonment followed by a three-year-term of supervision for the offense of Mail Fraud. The offender was also ordered to pay $65,938.43 restitution in addition to a $100 special assessment fee, and abide by the following special conditions: financial disclosure, no new debt, drug testing, eight months home confinement (with electronic monitoring), and DNA testing.

When the offender's relocation request was submitted to the U.S. Probation Office in the Southern District of Georgia, the Federal Bureau of Prison's failed to include the criminal judgment. As such, the probation office did not realize the offender's residence plan could not accommodate his electronic monitoring condition. The offender's mother has a cell phone and does not have the means to install phone jacks. The Southern District of Georgia is requesting that White be allowed to serve his home confinement sentence without electronic monitoring.

If the Court agrees with our recommendation, please sign the attached Form 12B and return the document to the attention of the undersigned. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

                Respectfully submitted,

                CHRISTOPHER MALONEY, Chief
                U.S. Probation Officer

                By: Suzanne J. Golda
                  U.S. Probation Officer

/sjg
Enclosure(s)