PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Stanley White                                      Cr.: 07-00305-001
                                                                      PACTS #: 46855

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler,

Date of Original Sentence: 11/20/07

Original Offense: Conspiracy to Commit Mail Fraud

Original Sentence: 4 months imprisonment; 3 years supervised release. Restitution $65,938.14

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/29/08

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    Failed to satisfy restitution obligation.

U.S. Probation Officer Action: The writer recommends no Court action.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 11/12/08

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other - No Action

_____
Signature of Judicial Officer

11/24/08
_____
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

November 12, 2008

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

**SUPERVISION UNIT**
**20 WASHINGTON PLACE**
**6TH FLOOR**
**NEWARK, NJ 07102-3172**
**(973) 645-6161**
**FAX: (973) 645-2155**

**www.njp.uscourts.gov**

The Honorable Stanley R. Chesler
United States District Judge
U.S. District Court, District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102-0999

RE:     **Stanley White**
**Dkt# 07-00305-001**
**Supervision Status Report**

Dear Judge Chesler:

On November 20, 2007, Stanley White was sentenced by Your Honor to a four-month-term of imprisonment followed by a three-year-term of supervision for the offense Conspiracy to Commit Mail Fraud. The offender was also ordered to pay $65,938.43 restitution in addition to a $100 special assessment fee, and abide by the following special conditions: financial disclosure, no new debt, drug testing, eight months home confinement (with electronic monitoring), and DNA testing. The offender is supervised by the United States Probation Office, Southern District of Georgia.

Since the commencement of supervision, the offender has been unable to obtain employment and is currently residing at the Augusta Rescue Mission. The probation office has conducted a financial investigation and determined that the offender does not have the ability to pay restitution at this time. However, despite the offender's failure to pay restitution, he is in compliance with the remainder of his supervision conditions.

Therefore, we ask that no court action be taken at this time. The probation office will continue to monitor and supervise the offender and advise the Court of the offender's progress.

If the Court agrees with our recommendation, please sign the attached Form 12A and return the document to the attention of the undersigned. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Elisa Martinez
U.S. Probation Officer

/em